# ALABAMA COURT OF CRIMINAL APPEALS



April 4, 2025

**CR-2024-0643**
William L. Ellis v. State of Alabama (Appeal from St. Clair Circuit Court: CC-07-70.61)

# NOTICE

You are hereby notified that on April 4, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk